RECEIVED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

OCT 1 5 2018

AT 8:30 ___ M
WILLIAM T. WALSH, CLERK

Civil Case No.

18 - 14960

---

THE SPINE AND SPORTS HEALTH
CENTER AND RON BEN-MEIR, D.O.,

*Plaintiffs*,

v.

ALEXANDRU BURDUCEA, D.O.
AND JOHN DOES 1-5,

*Defendant..*

---

**ORDER TO SHOW CAUSE WITH**
**TEMPORARY RESTRAINTS**

---

A Complaint from Plaintiffs The Spine and Sports Health Center ("SHHC") and  Ron

Ben-Meir, D.O. ("Dr. Ben-Meir)(collectively "Plaintiffs") having been filed, and upon the

Plaintiffs' brief in support of their Order to Show Cause, and for good cause shown;

**IT IS** on this ____15th____ day of October 2018

**ORDERED** that:

1)      Defendants are restrained from using the Internet or any online media

distribution system to distribute unlawful content about Ron Ben-Meier, D.O. or The

Spine and Sports Health Center;

2)      Defendants shall immediately remove their content regarding Ron Ben-Meir,

D.O. from the Internet, including, but not limited to, Google, Healthgrades.com and

Vitals.com and shall refrain from posting new and additional content about Ron Ben-Meir,

D.O.

3)      The above-captioned Defendant shall appear before this Court, at the District of

New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New

Jersey 07101 on _____, 2018, or as soon thereafter

*Denied*

1

as counsel may be heard, as to why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure restraining Defendants from using the Internet or any online media distribution system to distribute unlawful content about Ron Ben-Meier, D.O. or The Spine and Sports Health Center; compelling Defendants to remove their content regarding Ron Ben-Meir, D.O. from the Internet, including, but not limited to, Google, Healthgrades.com and Vitals.com, and refrain from posting new and additional content about Ron Ben-Meir, D.O.

4)      Sufficient reason having been shown, pending the hearing of Plaintiffs' application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendant be and is hereby i) restrained from using the Internet or any online media distribution system to distribute unlawful content about Ron Ben-Meier, D.O. or The Spine and Sports Health Center; ii) compelled to remove their content regarding Ron Ben-Meir, D.O. from the Internet, including, but not limited to, Google, Healthgrades.com and Vitals.com, and iii) restrained  from posting new and additional content.

5)      Personal service of a copy of this Order to Show Cause with Temporary Restraints and documents submitted herewith, together with a copy of the Complaint, upon which it is issued, be forthwith made no later than _____, 2018 by Plaintiffs or their designated agent, and that proof of such service shall be filed herein.

Issued on this __15th__ day of October 2018 at __1:40__ a.m./p.m.

\# For the reasons set forth on the record.

_____ U.S.D.J.

2